THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING 
 EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Darnell Alston,       
Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-118
Submitted February 1, 2005  Filed February 
 16, 2005

APPEAL DISMISSED

 
 
 
Wanda Lee Adams, of Greenville, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Darnell Alston (Appellant) 
 pled guilty to (1) first-degree burglary, (2) armed robbery, (3) two counts 
 of kidnapping, and (4) first-degree criminal sexual conduct.  Appellant was 
 sentenced to fifty years in prison for first-degree burglary, and thirty years 
 each for armed robbery, kidnapping, and first-degree criminal sexual conduct.  

On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.               
APPEAL DISMISSED. [1] 
GOOSLBY, HUFF, and STILWELL, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.